

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00477-CV

## IN RE U-HAUL CO. OF TEXAS

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Delivered and Filed: October 29, 2025

MOTION TO DISMISS PETITION FOR WRIT OF MANDAMUS GRANTED; PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed its petition for writ of mandamus and motion for stay on July 24, 2025. Relator subsequently filed a motion to abate this proceeding pending settlement discussions between itself and the real party in interest. We granted the motion to abate and ordered relator to file an advisory with this court regarding the status of settlement negotiations no later than October 23, 2025. Relator has complied with that order advising this court that the underlying matter has settled and filed an unopposed motion to dismiss this proceeding. We **GRANT** relator's motion to dismiss. This petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-07977, styled *Lawra Tioveh v. U-Haul Co. of Texas and Gideon Azaah,*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.